UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------------------X

MICHAEL SCRIBNER and KELLY WATTS, on
behalf of themselves and all others similarly situated,

Plaintiffs,

-against-                                                3:14-cv-01486 (VLB)

OCEAN STATE JOBBERS, INC.,

Defendant.                   October 14, 2014
-----------------------------------------------------------------------------X


MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(d) of the Local Rules of this Court, the undersigned hereby requests that the Court admit *pro hac vice* Attorney Michael C. Schmidt to represent the Defendant Ocean State Jobbers Inc. in the above-captioned action. Mr. Schmidt is a member of the law firm Cozen O'Connor, which has its principal place business office at 277 Park Avenue, 20th Floor, New York, New York 10172. Mr. Schmidt currently represents Defendant in the related, earlier-filed action, *Omar Morrison, et al., v. Ocean State Jobbers, Inc., et al.*, No. 3:09-cv-01285 (AWT), in which he has appeared *pro hac vice*. Defendant wishes to have Mr. Schmidt act as counsel in this matter, as well. Connecticut counsel, Sherwin M. Yoder of Carmody Torrance Sandak & Hennessey, LLP, will continue to participate as local counsel in this action.

In support of this motion, the undersigned submits herewith payment in the amount of $75.00 representing the fee for a motion to admit a visiting attorney and an affidavit by Attorney Schmidt, which is attached as Exhibit A.

The granting of this motion will not require modification of any scheduling

{N5035105}

order or other established deadlines.

WHEREFORE, the undersigned respectfully moves the Court for the admission of Michael C. Schmidt to represent the Defendant, Ocean State Jobbers, Inc., pursuant to Rule 83.1(d) of the Local Rules of this Court.

Dated at New Haven, Connecticut, this 14th day of October, 2014.

Respectfully submitted,

CARMODY TORRANCE SANDAK & HENNESSEY LLP
Counsel for Defendant


By:     /s/ Sherwin M. Yoder
        Sherwin M. Yoder (Fed. Bar No. 26754)
        195 Church Street
        Post Office Box 1950
        New Haven, Connecticut 06509-1950
        Tel.:   (203) 784-3107
        Fax:   (203) 784-3199
        E-mail:        syoder@carmodylaw.com

## CERTIFICATION

I hereby certify that on October 14, 2014, a copy of the foregoing Motion for Admission Pro Hac Vice and **Exhibit A** were filed electronically and served by mail on all counsel.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

**/s/ Sherwin M. Yoder**
**Sherwin M. Yoder**