UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL SCRIBNER and KELLY WATTS, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>OCEAN STATE JOBBERS, INC.<br><br>　　　　Defendant. | Civ. A. No. 3:14-CV-01486-AWT<br><br><br><br>OCTOBER 28, 2014 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.1(b), Plaintiffs Michael Scribner and Kelly Watts, on behalf of themselves and all others similarly situated, and through their undersigned attorneys, hereby move for admission *pro hac vice* of their counsel, Shannon Liss-Riordan and Jill Kahn of Lichten & Liss-Riordan, P.C., so that they may represent the plaintiffs in the above-captioned matter before this Court. In support of this motion, Plaintiffs, by their counsel, have attached the Affidavit of Shannon Liss-Riordan (Exhibit A), a Certificate of Good Standing for Shannon Liss-Riordan (Exhibit B), the Affidavit of Jill Kahn (Exhibit C), and a Certificate of Good Standing for Jill Kahn (Exhibit D).

　　　　WHEREFORE, Plaintiffs respectfully requests that this Court should grant Plaintiffs' Motion for the Admission of Shannon Liss-Riordan and Jill Kahn *pro hac vice*.

Plaintiffs,
MICHAEL SCRIBNER and KELLY WATTS, on behalf of themselves and all others similarly situated,

By their attorneys,

　/s/ Richard Hayber　　　　　
Richard E. Hayber, #ct11629
The Hayber Law Firm, LLC
221 Main Street, Suite 502
Hartford, CT  06106
(860) 522-8888
rhayber@hayberlawfirm.com

Shannon Liss-Riordan, *pro hac vice anticipated*
Jill Kahn, *pro hac vice anticipated*
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
jkahn@llrlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2014, a copy of this document was served by electronic filing on all counsel of record.

　　　　　　　　　　　　　　　　　　/s/ Richard Hayber　　　　　
　　　　　　　　　　　　　　　　　Richard E. Hayber

2