Civil- (Dec-2008)

HONORABLE: Sarah A. L. Merriam, USMJ
DEPUTY CLERK Breigh Freberg     RPTR/ECRO/TAPE FTR - CR5
TOTAL TIME: 1 hours 2 minutes
DATE: 8/9/2016     START TIME: 10:04AM     END TIME: 11:06
LUNCH RECESS     FROM: _____ TO: _____
RECESS (if more than ½ hr)     FROM: _____ TO: _____

CIVIL NO. 14CV1486 (AWT)

Michael Scribner                                           Anthony Pantuso, Richard Hayber
                                                           Plaintiff's Counsel
                vs
Ocean State Jobbers, Inc.                                  Michael Schmidt
                                                           Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing                    ☐ Show Cause Hearing
☐ Evidentiary Hearing               ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... # 96   Motion to Compel Discovery Responses        ☐ granted ☐ denied ☑ advisement
☐ ..... # ____ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion _____              ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____             ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____             ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____             ☐ granted ☐ denied ☐ advisement
☐ .....        Oral Motion _____             ☐ granted ☐ denied ☐ advisement
☐ .....        ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☑ ..........   All deadlines set during this hearing will be memorialized in an order that    ☐ filed ☐ docketed
               will issue forthwith.                                                          ☐ filed ☐ docketed
☐ ..........   _____                                               ☐ filed ☐ docketed
☐ ..........   _____                                               ☐ filed ☐ docketed
☐ ..........   _____                                               ☐ filed ☐ docketed
☐ ..........   _____                                               ☐ filed ☐ docketed
☐ ..........   _____ Hearing continued until _____ at _____

Notes: