## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-------------------------------------------------------------------------X

**MICHAEL SCRIBNER and KELLY WATTS, on
behalf of themselves and all others similarly situated,**

**Plaintiffs,**

-against-                                        3:14-CV-01486-AWT

**OCEAN STATE JOBBERS, INC.,**

**Defendant.**                  October 27, 2016

-------------------------------------------------------------------------X

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.1(d) of the Local Rules of Procedure of the United States District Court for the District of Connecticut, the undersigned hereby requests that the Court admit pro hac vice Attorney John S. Ho, to represent the defendant, Ocean State Jobbers, Inc. (the "Defendant") in the above-captioned action.  Mr. Ho is a member of Cozen O'Connor, 277 Park Avenue, New York New York 10172, telephone (212) 883-4927, fax (866) 202-1728, email: jho@cozen.com.

The Defendant wishes to have Mr. Ho assist its trial counsel, Attorney Michael C. Schmidt, also of Cozen O'Connor, who has previously been admitted pro hac vice to represent the Defendant in this matter.  Connecticut counsel, Sherwin M. Yoder of Carmody Torrance Sandak & Hennessey LLP, will continue to participate in this action as local counsel.

In support of this motion, the Defendant states as follows:

1.      Attorney Ho is a member of Cozen O'Connor, telephone (212) 883-4927, fax (866) 202-1728, email: jho@cozen.com.

2.      Attorney Ho is currently admitted as a member of good standing of the Bar of Connecticut, juris number 414181 and has been in practice in the state of Connecticut since 1998.  Attorney Ho has no pending disciplinary complaints in Connecticut.

3.      Attorney Ho is currently admitted as a member of good standing of the Bar of New York and has been in practice in the state of New York since 1998.  Attorney Ho has no pending disciplinary complaints in New York.

4.      Attorney Ho has no pending disciplinary complaints.

5.      Attorney Ho has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before or withdrawn an application for admission to practice before this Court or any other Court while facing a disciplinary complaint.

6.      Attorney Ho has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

7.      Attorney Ho designates Sherwin M. Yoder of Carmody Torrance Sandak & Hennessey LLP as his agent for service of process and the District of Connecticut as the forum for resolution of any dispute arising out of his admission.

8.      Accompanying this motion is an affidavit signed by Attorney Ho, which is attached as Exhibit A.

9.      Granting of this motion will not require modification of any scheduling order.

WHEREFORE, the undersigned respectfully moves the Court for the admission of John S. Ho to represent the Defendant pursuant to Rule 83.1(d) of the Local Rules of this Court.

Dated: New Haven, Connecticut
      October 27, 2016

Respectfully submitted,

By _____
    Sherwin M. Yoder (ct26754)
    Carmody Torrance Sandak & Hennessey LLP
    195 Church Street, 18th Floor
    P.O. Box 1950
    New Haven, CT 06509-1950
    Phone: (203) 777-5501
    Fax: (203) 784-3199
    Email: syoder@carmodylaw.com

    *Attorney Ocean State Jobbers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically on the above date.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

 

 

 

_____

Sherwin M. Yoder (ct26754)

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

-------------------------------------------------------------------------X
**MICHAEL SCRIBNER and KELLY WATTS**, on
behalf of themselves and all others similarly situated,

**Plaintiffs**,

-against-                                          3:14-CV-01486-AWT

**OCEAN STATE JOBBERS, INC.**,

**Defendant.**
-------------------------------------------------------------------------X

**AFFIDAVIT OF JOHN S. HO**
**RE: MOTION FOR ADMISSION PRO HAC VICE**

John S. Ho, being first duly sworn, does hereby depose and say:

1.      I am over the age of eighteen (18) years and believe in the obligations of an oath.

2.      I am an attorney duly admitted to practice in the state of Connecticut and am a member of Cozen O'Connor, 277 Park Avenue, New York, New York, telephone (212) 883-4927, fax (866) 202-1728, email: jho@cozen.com.

3.      I am a member in good standing of the state of Connecticut, since 1998, juris number 414181. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4.      I am a member of good standing in the state of New York, since 1998. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5.      I am admitted to practice before the following courts:

      a.      U.S. District Court, Eastern District of New York since 1998.
      b.      U.S. District Court, Southern District of New York since 1998.
      c.      U.S, District Court, Western District of New York since 1998.

d.       U.S. District Court, Northern District of New York since 1999.

6.     I have no pending disciplinary complaints.

7.     I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before or withdrawn an application for admission to practice before this Court or any other Court while facing a disciplinary complaint.

8.     I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

9.     I designate my sponsoring attorney, Sherwin M. Yoder of Carmody Torrance Sandak & Hennessey LLP, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

10.    I respectfully request that I be permitted to represent the Defendant, Ocean State Jobbers, Inc., in this matter along with trial counsel, Attorney Michael C. Schmidt, previously admitted pro hac vice, and with local counsel of Carmody Torrance Sandak & Hennessey LLP.

11.    For all of the above reasons, the Defendant has requested that I represent it in this action.

_____          10/27/16
John S. Ho                               Date

STATE OF NEW YORK        )
                         )      ss: _____
COUNTY OF NEW YORK       )

    Subscribed and sworn to before me this 27TH day of October, 2016.

_____
Notary Public
My commission expires: _____

JACQUELYN DURANONA
NOTARY PUBLIC, State of New York
No. 01DU4848118
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires April 30, 2019